# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSHUA ALEXANDER SANCHEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS TIME ACCOUNTING,<br><br>　　　　　　Respondent. | Case No. 3:25-cv-00102-SLG |

### ORDER RE REPORT AND RECOMMENDATION

　　Before the Court at Docket 1 is Petitioner Joshua Sanchez's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition"). The petition was referred to the Honorable Magistrate Judge Matthew M. Scoble. At Docket 3, Judge Scoble issued his Report and Recommendation, in which he recommended that the petition be dismissed without prejudice, that a final judgment be entered by the Clerk of Court, and that a certificate of appealability should not be issued. No objections to the Report and Recommendation were filed.

　　The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified

---

[1] 28 U.S.C. § 636(b)(1).

proposed findings or recommendations to which objection is made."[2] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The Magistrate Judge recommended that the Court dismiss the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation, and IT IS ORDERED that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is DISMISSED without prejudice. The Clerk of Court shall enter a final judgment accordingly. A Certificate of Appealability shall not issue because reasonable jurists could not debate whether this petition should have been resolved in a different manner.[4] Petitioner may request a certificate of appealability from the Ninth Circuit Court of Appeals.

DATED this 24th day of July, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[4] 28 U.S.C. § 2253(c)(2). *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (certificate of appealability may be granted only if applicant made a "substantial showing of the denial of a constitutional right," i.e., a showing that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotations and citations omitted)).

Case No. 3:25-cv-00102-SLG-MMS, *Sanchez v. DOC Time Accounting*
Order re Report and Recommendation
Page 2 of 2
Case 3:25-cv-00102-SLG-MMS    Document 4    Filed 07/24/25    Page 2 of 2